UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| ALICEJAI M. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:24-cv-00053-HAB-SLC |
| v. | ) | |
| | ) | |
| LUTHERAN HOMES, INC. | ) | |
| d/b/a LUTHERAN LIFE VILLAGES | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

The parties, by counsel, stipulate to dismiss the above-referenced matter, with prejudice.

Costs paid.

Respectfully submitted:

| | |
|---|---|
| */s/ Gary D. Johnson* | */s/ Christopher C. Myers (w/permission)* |
| Gary D. Johnson, #16082-03 | Christopher C. Myers, #10043-02 |
| BECKMAN LAWSON, LLP | MYERS & WALLACE, LLP |
| 201 West Wayne Street | 809 S. Calhoun St., Ste. 400 |
| Fort Wayne, IN 46802 | Fort Wayne, IN 46802 |
| Telephone: (260) 422-0800 | Telephone: (260) 424-0600 |
| ATTORNEYS FOR DEFENDANT | ATTORNEY FOR PLAINTIFF |